UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA OXENDINE, )<br>)<br>PLAINTIFF, )<br>)<br>VS )<br>)<br>CHAMBERLIN EDMONDS & )<br>ASSOCIATES, INC., )<br>)<br>DEFENDANT. )<br>)<br>_____ ) | NO. 1:10-CV-0421 (NAM/DRH) |

### STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION PENDING CONCLUSION OF ARBITRATION, AND ORDER THEREON

IT IS HEREBY STIPULATED by and between the parties to the above-entitled case, by and through their respective counsel, as follows:

IT IS HEREBY STIPULATED that this court shall order the above-entitled case, Case No. 1:10-CV-0421 NAM/DRH to binding arbitration.

IT IS FURTHER STIPULATED that the arbitration proceedings shall be conducted in Albany, New York.

IT IS FURTHER STIPULATED that the National Rules for the Resolution of Employment Disputes of the American Arbitration Association shall be applicable to the arbitration of this matter.

IT IS FURTHER STIPULATED that this action shall be stayed pending the conclusion of the arbitration proceeding.

Dated: May 17, 2010

_____
Philip E. Karmel
N.D.N.Y Bar Roll No. 511142

BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel: (212) 541-2000
Fax: (212) 541-4630

Attorneys for Defendant
CHAMBERLIN EDMONDS & ASSOCIATES, INC.

Dated: May 17, 2010

_____
Phillip G. Steck
N.D.N.Y Bar Roll No. 102664

COOPER, ERVING & SAVAGE LLP
39 North Pearl Street
Albany, NY 12207-2797
Tel: (518) 449-3900
Fax: (518) 432-3111

Attorneys for Plaintiff
ANGELA OXENDINE

## ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED THAT the above-entitled case <u>Angela Oxendine v. Chamberlin Edmonds & Associates, Inc.</u>, Case No. 1:10-CV-0421 NAM/DRH is referred to binding arbitration, as per the terms and conditions set forth in the stipulation of the parties pertaining thereto.

DATED: _____

                                                        _____
                                                        CHIEF JUDGE NORMAN A. MORDUE